■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS SMITH, Appellant. — Judgment of the Supreme Court, Kings County (Clemente, J.), rendered October 27, 1982, affirmed (*People v Bangert,* 107 AD2d 752; *People v Matta,* 103 AD2d 756; *People v Kazepis,* 101 AD2d 816). Titone, J. P., Mangano, Weinstein and Kunzeman, JJ., concur.